CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 0 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JENIFER L. BUNCH, | ) | CIVIL ACTION NO. 3:04CV00033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | JUDGE JAMES H. MICHAEL, JR. |

By order dated August 25, 2004, this case was referred to the presiding United States Magistrate Judge, for proposed findings of fact and a recommended disposition. Following a ruling on the merits, the plaintiff filed a "Motion for Award of Attorney Fee Under the Equal Access to Justice Act" on May 25, 2005. The Commissioner did not respond to the motion. On July 11, 2005, the Magistrate filed a Report and Recommendation, in which he recommended that the motion be granted. After a careful review of the entire record in this case, and no objection having been filed to the Magistrate's Report within ten (10) days of its service upon the parties, *see* Fed. R. Civ. P. 72(b), the court adopts the magistrate judge's Report in its entirety. It is accordingly this day

ADJUDGED, ORDERED, AND DECREED

as follows:

1. The Report and Recommendation of the United States Magistrate Judge, filed July 11, 2005, shall be, and it hereby is, ADOPTED in its entirety;

2. The plaintiff's motion for award of attorney's fee under the Equal Access to Justice Act," filed May 25, 2005, shall be, and it hereby is, GRANTED;

3. Counsel for the plaintiff shall be, and hereby is, awarded $2,500.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C.A. § 2412, *et. seq.*.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: _____

Senior United States District Judge

3 August 2005

Date