CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 3 0 2007 for C'Ville
JOHN F. CORCORAN, CLERK
BY: /s/ Julatie
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JENIFER L. BUNCH,<br><br>                         *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                         *Defendant* | CIVIL NO. 3:04cv00033<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Award of Attorney Fee Under 42 U.S.C. § 406(b), filed on January 15, 2007 (docket entry no. 20). Plaintiff's counsel requests an award of $9,862.85 to be paid from the withheld benefits; of that amount, $2,500 should be remitted to Plaintiff for money already paid to counsel under the Equal Access to Justice Act.

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, to make proposed findings of fact and a recommendation. After a review of record, and no objection having been filed to Judge Crigler's Report recommending payment of the fee in full, it is ORDERED that the Report and Recommendation of the United States Magistrate Judge filed February 26, 2007 be ADOPTED in its entirety, and it is ORDERED that C. Cooper Geraty, Esq. be awarded $9,862.85 under § 206(b) of the Social Security Act, 42 U.S.C. §406(b) and that upon receipt of these fees, C. Cooper Geraty is to REMIT to Plaintiff the sum of $2,500.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

April 30, 2007
Date